AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

FILED
HARRISBURG, PA
SEP 13 2011
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

BARBARA GOUDY-BACHMAN and GREGORY BACHMAN,

Plaintiffs

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, KATHLEEN SEBELIUS in her official capacity as the Secretary of the United States Department of Health and Human Services, UNITED STATES DEPARTMENT OF THE TREASURY, and TIMOTHY F. GEITHNER in his official capacity as Secretary of the United States Department of the Treasury,

Defendants

Civil Action No. 1:10-CV-0763

(Judge Conner)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ defendant *(name)* _____ recover from the _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other: Summary judgment be and is hereby entered in favor of plaintiffs BARBARA GOUDY-BACHMAN and GREGORY BACHMAN, and against defendants UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, KATHLEEN SEBELIUS in her official capacity as the Secretary of the United States Department of Health and Human Services, UNITED STATES DEPARTMENT OF THE TREASURY, and TIMOTHY F. GEITHNER in his official capacity as Secretary of the United States Department of the Treasury, in accordance with the court's memorandum and order (Doc.63), dated September 13, 2011.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge Judge Christopher C. Conner on a motion for summary judgment

Date: Sep 13, 2011

CLERK OF COURT    MARY E. D'ANDREA

*Signature of Clerk or Deputy Clerk*