# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA GOUDY-BACHMAN and GREGORY BACHMAN** : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, KATHLEEN SEBELIUS, in her official capacity as the Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF THE TREASURY, and TIMOTHY F. GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury** : <br> : <br> **Defendants** : | **CIVIL ACTION NO. 1:10-CV-763** <br><br> **(Judge Conner)** |

## **ORDER**

AND NOW, this 4th day of December, 2012, upon consideration of the mandate of the Court of Appeals for the Third Circuit (Doc. 69), vacating the judgment of the court and directing it to enter an order dismissing the complaint (Doc. 1) for failure to state a valid claim for relief, it is hereby ORDERED that:

1. Plaintiff's complaint (Doc. 1) is DISMISSED for failure to state a valid claim for relief.

2. The Clerk of the Court is directed to CLOSE the case.

                                        S/ Christopher C. Conner  
                                        CHRISTOPHER C. CONNER  
                                        United States District Judge